UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYSE SEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 16cv1486-JAH (JLB)<br><br>**ORDER SPREADING MANDATE** |

On March 4, 2020, the Court received the United States Court of Appeals for the Ninth Circuit's mandate and memorandum addressing Defendant's motion for summary judgement. The Ninth Circuit affirmed in part, vacated in part, and remanded in part this Court's order granting Defendant's motion for summary judgement.

Accordingly, **IT IS HEREBY ORDERED**:

1. The mandate issued by the Ninth Circuit on March 4, 2020 is spread;

2. The Clerk of Court is directed to reopen this matter for further proceedings as directed by the Ninth Circuit;

2. The parties shall appear before this Court for a status hearing on **March 30, 2020 at 2:30 p.m.**

**IT IS SO ORDERED.**

DATED: March 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　　United States District Judge

1