UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYSE SEN,<br><br>                  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>                  Defendant. | Case No.: 16cv1486-JAH (JLB)<br><br>**AMENDED ORDER SPREADING MANDATE** |

On March 4, 2020, the Court received the United States Court of Appeals for the Ninth Circuit's mandate and memorandum addressing Defendant's motion for summary judgement. The Ninth Circuit affirmed in part, vacated in part, and remanded in part this Court's order granting Defendant's motion for summary judgement.

Accordingly, **IT IS HEREBY ORDERED**:

1. The mandate issued by the Ninth Circuit on March 4, 2020 is spread;

2. The Clerk of Court is directed to reopen this matter for further proceedings as directed by the Ninth Circuit;

2. The parties shall appear **<u>telephonically</u>** for a status hearing on **April 2, 2020 at 10:15 a.m.**

**IT IS SO ORDERED.**

DATED: March 18, 2020

                                                  _____
                                                  Hon. John A. Houston
                                                  United States District Judge