

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Ayse Sen,

                **Plaintiff,**

      V.

Amazon.com, Inc.; Does 1 through 10, Inclusive,

                **Defendant.**

**Civil Action No.**   16-cv-01486-JAH-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Summary Judgment is granted in its entirety.  Judgment is entered in favor of Defendant and against Plaintiff.

**Date:**   8/10/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

                T. Ferris, Deputy